BONNIE ALLYN BARNETT
*Pro Hac Application Forthcoming*
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2916 office
Facsimile: (215) 689-4257 fax
Email: bonnie.barnett@dbr.com

ADAM J. THURSTON (SBN 162636)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: adam.thurston@dbr.com

KATHLEEN N. STRICKLAND (SBN 64816)
STEPHAN CHOO (SBN 284395)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: kathleen.strickland@rmkb.com
stephan.choo@rmkb.com

Attorneys for Defendant
VWR INTERNATIONAL, LLC.

JENNIFER A. KUENSTER (SBN 104607)
ANTHONY J. BARRON (SBN 150447)
NIXON PEABODY LLP
1 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (866) 292-9799
Email: abarron@nixonpeabody.com
jkuenster@nixonpeabody.com

Attorneys for Defendant
UNIVAR USA INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

| | |
|---|---|
| PHILIP S. WARDEN (SBN 54752)<br>G. ALLEN BRANDT (SBN 264935)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: philip.warden@pillsburylaw.com<br>           allen.brandt@pillsburylaw.com | |

Attorneys for Plaintiff
150 SPEAR STREET ASSOCIATES, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 150 SPEAR STREET ASSOCIATES, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>VWR INTERNATIONAL, LLC; UNIVAR USA INC.,<br><br>    Defendants. | CASE NO. 3:17-cv-03246-JST<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; AND [proposed] ORDER**<br><br>Judge: Hon. Jon S. Tigar, District Court Judge |

Plaintiff, 150 SPEAR STREET ASSOCIATES, L.P. ("Plaintiff" or "150 Spear"), Defendant VWR INTERNATIONAL, LLC ("VWR"), and Defendant UNIVAR USA INC. ("Univar"), collectively, the "Parties," by and through their undersigned counsel, hereby stipulate and agree, pursuant to Local Rules 6-1 and 6-2, that Defendants' time to Respond to Plaintiff's "Complaint For Breach of Contract, Breach of the Implied Covenant of Good Faith, Waste, Nuisance, Trespass, Negligence, Fraud, Intentional Interference with Prospective Economic Relations, and Indemnity" ("Complaint") be continued for 30 days from the date when such response is otherwise due to be filed. In support of the instant stipulation, the Parties state as follows:

/ / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1     WHEREAS, on June 6, 2017, Plaintiff filed the Complaint in this Court (Dkt. No. 1);

3     WHEREAS, the Summons and Complaint were personally served on Univar on June 19, 2017;

5     WHEREAS, the Summons and Complaint were personally served on VWR on June 19, 2017;

7     WHEREAS, the Defendants' Response to Plaintiff's Complaint is currently due on July 9, 2017;

9     WHEREAS, the Parties have conferred and agreed to an extension of the time for Defendants to file their Response to Plaintiff's Complaint until August 7, 2017;

12     WHEREAS, Local Rule 6-1 permits the Parties to stipulate in writing without a court order "to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or deadline already fixed by Court order."  Local Rule 6-1(a);

16     WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered by the Parties' stipulated request, absent the Court's execution of this [proposed] Order;

19     WHEREAS, the requested extension will not otherwise alter the schedule of this case; and

21     WHEREAS, this Stipulation is made in good faith and not for the purpose of delay.

23     **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel of record, that the last day for Univar and VWR to Respond to Plaintiff's Complaint shall be August 7, 2017.

27 ///

28 ///

| | | |
|---|---|---|
| Dated: | June 29, 2017 | DRINKER BIDDLE & REATH LLP |

By: /s/ Adam J. Thurston
ADAM J. THURSTON
Attorneys for Defendant
VWR INTERNATIONAL, LLC

| | | |
|---|---|---|
| Dated: | June 29, 2017 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ Kathleen Strickland
KATHLEEN STRICKLAND
STEPHAN CHOO
Attorneys for Defendant
VWR INTERNATIONAL, LLC

| | | |
|---|---|---|
| Dated: | June 29, 2017 | NIXON PEABODY LLP |

By: /s/ Jennifer Kuenster
JENNIFER KUENSTER
ANTHONY BARRON
Attorneys for Defendant
UNIVAR USA INC.

| | | |
|---|---|---|
| Dated: | June 29, 2017 | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By: /s/ Philip S. Warden
PHILIP S. WARDEN
G. ALLEN BRANDT
Attorneys for Plaintiff
150 SPEAR STREET ASSOCIATES, L.P.

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to Plaintiff's Complaint and [proposed] Order. I hereby attest that the above-referenced signatories to this Stipulation to Extend Time to Respond to Plaintiff's Complaint and [proposed] Order have concurred in this filing.

Dated: June 28, 2017

By: /s/ N. Kathleen Strickland
     N. KATHLEEN STRICKLAND

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The deadline for Univar and VWR to Respond to Plaintiff's Complaint shall be continued from July 9, 2017 to August 7, 2017.

IT IS SO ORDERED.

Date: __June 30, 2017__

_____
HON. JON. S. TIGAR
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

4817-5532-5002.5 - 6 - STIPULATION TO EXTEND TIME TO RESPOND; AND [PROPOSED] ORDER
3:17-cv-03246-JST