UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 150 SPEAR STREET ASSOCIATES L.P., <br><br> Plaintiff, <br><br> v. <br><br> VWR INTERNATIONAL, LLC, et al., <br><br> Defendants. | Case No. 17-cv-03246-JST (MEJ) <br><br> **ORDER RE: JOINT LETTER BRIEFS** <br><br> Re: Dkt. Nos. 41, 43, 45, 47, 48 |

The parties have resolved a number of their disputes after meeting and conferring in person. *See* Third Joint Ltr. Br., Dkt. No. 47; Fourth Joint Ltr. Br., Dkt. No. 48. Plaintiff now seeks leave to move to compel further responses to Requests for Admission 4-9, 12-19, 24-25, 27, 29, 31-38, and 50-60. *Id.* (both). Plaintiff also seeks leave to move to compel further responses to Interrogatories 2-25, and leave to propound Interrogatories 26-71. Third Joint Ltr. Br. at 2.

Plaintiff may file a motion to compel and for leave to propound these additional interrogatories. In light of the upcoming holidays, the Court encourages the parties to agree to a briefing schedule and a hearing date, and to be pithy. In their briefs, the parties shall address the proportionality of the discovery at issue.

This Order terminates Docket Nos. 41, 43, and 47.

**IT IS SO ORDERED.**

Dated: October 24, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge