BONNIE ALLYN BARNETT
*Pro Hac Application Forthcoming*
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2916
Facsimile: (215) 689-4257
Email: bonnie.barnett@dbr.com

ADAM J. THURSTON (SBN 162636)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: adam.thurston@dbr.com

KATHLEEN N. STRICKLAND (SBN 64816)
STEPHAN CHOO (SBN 284395)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: kathleen.strickland@rmkb.com
stephan.choo@rmkb.com

Attorneys for Defendant
VWR INTERNATIONAL, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 150 SPEAR STREET ASSOCIATES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>VWR INTERNATIONAL, LLC; UNIVAR USA INC.,<br><br>Defendants. | CASE NO. 3:17-cv-03246-JST<br><br>[PROPOSED] ORDER TO MODIFY SCHEDULING ORDER<br><br>Judge: Hon. Jon S. Tigar<br>Complaint Filed: June 6, 2017 |

**[Proposed] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERD.

The Court, Having reviewed the Stipulation of the Parties and finding good cause, hereby

4814-9601-0069.1 - 1 - [PROPOSED] ORDER TO MODIFY SCHED. ORD.     3:17-cv-03246-JST

issues an Order to modify Scheduling Order as follows:

| Event | Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or amend the pleadings1 | September 29, 2017 | N/A |
| Fact discovery cut-off | June 1, 2018 | July 16, 2018 |
| Expert disclosures | June 22, 2018 | August 6, 2018 |
| Expert rebuttal | July 13, 2018 | August 27, 2018 |
| Expert discovery cut-off | July 27, 2018 | September 10, 2018 |
| Deadline to file dispositive motions | August 17, 2018 | October 2, 2018 |
| Pretrial conference statement due | October 30, 2018 | January 21, 2019 |
| Pretrial Conference | November 9, 2018 at 2:00 p.m. | ~~January 31, 2019 at 2:00 p.m.~~ 02/01/2019 at 2:00 p.m. |
| Trial | November 26, 2018 at 8:30 a.m. | ~~February 14, 2019 at 8:30 a.m.~~ 02/19/2019 at 8:30 a.m |

Entered: November 17, 2017  _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE