UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 150 SPEAR STREET ASSOCIATES L.P., <br> Plaintiff, <br> v. <br> VWR INTERNATIONAL, LLC, et al., <br> Defendants. | Case No. 17-cv-03246-JST (MEJ) <br><br> **ORDER STRIKING LETTER BRIEFS** <br><br> Re: Dkt. Nos. 68, 69, 70 |

The parties' three most recent letter briefs (Dkt. Nos. 68, 69, 70) violate the undersigned's Standing Order re: Discovery, and the undersigned accordingly STRIKES them.

The Court further ORDERS the parties to attend an in-person meet and confer session to resolve their discovery issues in a more efficient manner. The meet and confer session shall take place on April 4, 2018 at 10:00 a.m. in Courtroom B. Lead trial counsel shall attend, in addition to any counsel who has signed discovery responses and/or discovery letters. The meet and confer session shall be attended by the undersigned's law clerk.

**IT IS SO ORDERED.**

Dated: March 27, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge