1  N. KATHLEEN STRICKLAND (SBN 64816)
   ANGELA J. YU (SBN 263212)
2  STEPHAN CHOO (SBN 284395)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  150 Spear Street, Suite 850
   San Francisco, CA 94105
4  Telephone: (415) 543-4800
   Facsimile: (415) 972-6301
5  Email: kathleen.strickland@rmkb.com
          angela.yu@rmkb.com
6         stephan.choo@rmkb.com

7  BONNIE ALLYN BARNETT (appearing *pro hac vice*)
   DRINKER BIDDLE & REATH LLP
8  One Logan Square, Suite 2000
   Philadelphia, PA 19103
9  Telephone: (215) 988-2916
   Facsimile: (215) 689-4257
10 Email: bonnie.barnett@dbr.com

11 ADAM J. THURSTON (SBN 162636)
   DRINKER BIDDLE & REATH LLP
12 1800 Century Park East, Suite 1500
   Los Angeles, CA 90067
13 Telephone: (310) 203-4000
   Facsimile: (310) 229-1285
14 Email: adam.thurston@dbr.com

15 Attorneys for Defendant
   VWR INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| 150 SPEAR STREET ASSOCIATES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> VWR INTERNATIONAL, LLC; UNIVAR USA INC., <br><br> Defendants. | CASE NO. 3:17-cv-03246-JST-MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER [DKT. NO. 53]** <br><br> [Fed. R. Civ. P. 16(b); Civil L.R. 6-2 and 7-12] <br><br> Judge: Hon. Jon S. Tigar <br> Complaint Filed: June 6, 2017 |

## STIPULATION

Pursuant to Rules 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California ("Civil Local Rules") and Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff 150 Spear Street Associates, L.P. ("Plaintiff") and Defendants VWR International, LLC and Univar USA Inc. (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 13, 2017, this Court issued a Scheduling Order setting the following schedule and deadlines (Dkt. No. 37);

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | September 29, 2017 |
| Fact discovery cut-off | June 1, 2018 |
| Expert disclosures | June 22, 2018 |
| Expert rebuttal | July 13, 2018 |
| Expert discovery cut-off | July 27, 2018 |
| Deadline to file dispositive motions | August 17, 2018 |
| Pretrial conference statement due | October 30, 2018 |
| Pretrial Conference | November 9, 2018 at 2:00 p.m. |
| Trial | November 26, 2018 at 8:30 a.m. |

WHEREAS, on November 17, 2017, pursuant to a Stipulation and Proposed Order of the Parties (Dkt. No. 52), this Court entered an Order to Modify Scheduling Order as follows (Dkt. No. 53) (the "Operative Scheduling Order"):

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or amend the pleadings | September 29, 2017 | N/A |

4850-0426-5062.4

STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULING ORDER
3:17-CV-03246-JST-MEJ

| | | |
|---|---|---|
| Fact discovery cut-off | June 1, 2018 | July 16, 2018 |
| Expert disclosures | June 22, 2018 | August 6, 2018 |
| Expert rebuttal | July 13, 2018 | August 27, 2018 |
| Expert discovery cut-off | July 27, 2018 | September 10, 2018 |
| Deadline to file dispositive motions | August 17, 2018 | October 2, 2018 |
| Pretrial conference statement due | October 30, 2018 | January 21, 2019 |
| Pretrial Conference | November 9, 2018 at 2:00 p.m. | February 1, 2019 at 2:00 p.m. |
| Trial | November 26, 2018 at 8:30 a.m. | February 19, 2019 at 8:30 a.m. |

WHEREAS, in the course of discovery, Plaintiff has filed multiple motions to compel discovery, and the Parties anticipate that Defendants will file one or more motions to compel discovery;

WHEREAS, the Parties have engaged in extensive meet-and-confers in their efforts to resolve—without judicial intervention—discovery issues relating to the scheduling of party and non-party fact witness depositions;

WHEREAS, given the collective availability of counsel and of the proposed deponents, the Parties anticipate that the time required to complete party and fact witness depositions and to brief and respond to any related motion practice that may arise from those depositions as well as complying with any court orders related thereto exceeds the current fact discovery cut-off of July 16, 2018, such that good cause exists to modify the Operative Scheduling Order;

WHEREAS, this is the second request by the Parties to enlarge time with respect to the Scheduling Order; and

1     WHEREAS, good cause exists to grant the Parties' stipulated request;

2     NOW THEREFORE, in view of the above, pursuant to Civil Local Rules 6-2 and 7-12 and Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree to extend all dates and deadlines in the Operative Scheduling Order by 90 days such that the new deadlines for each event are as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or amend the pleadings | September 29, 2017 | N/A |
| Fact discovery cut-off | July 16, 2018 | October 15, 2018 |
| Expert disclosures | August 6, 2018 | November 5, 2018 |
| Expert rebuttal | August 27, 2018 | November 26, 2018 |
| Expert discovery cut-off | September 10, 2018 | December 10, 2018 |
| Deadline to file dispositive motions | October 2, 2018 | December 31, 2018 |
| Pretrial conference statement due | January 21, 2019 | April 22, 2019 |
| Pretrial Conference | February 1, 2019 at 2:00 p.m. | May 3, 2019 ~~May 2, 2019~~ at 2:00 p.m. |
| Trial | February 19, 2019 at 8:30 a.m. | May 20, 2019 at 8:30 a.m. |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

4850-0426-5062.4

STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULING ORDER
3:17-CV-03246-JST-MEJ

| | | |
|---|---|---|
| 1 | Dated: June 4, 2018 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ N. Kathleen Strickland |
| 4 | |     N. KATHLEEN STRICKLAND<br>    ANGELA J. YU |
| 5 | |     STEPHAN CHOO<br>    Attorneys for Defendant |
| 6 | |     VWR INTERNATIONAL, LLC |
| 7 | Dated: June 4, 2018 | DRINKER BIDDLE & REATH LLP |
| 8 | | |
| 9 | | By: /s/ Bonnie Barnett |
| 10 | |     BONNIE ALLYN BARNETT<br>    ADAM J. THURSTON |
| 11 | |     Attorneys for Defendant<br>    VWR INTERNATIONAL, LLC |
| 12 | | |
| 13 | Dated: June 4, 2018 | VERIS LAW GROUP PLLC |
| 14 | | |
| 15 | | By: /s/ Michelle Rosenthal |
| 16 | |     MICHELLE ROSENTHAL<br>    GREGORY HIXSON |
| 17 | |     Attorneys for Defendant<br>    UNIVAR USA INC. |
| 18 | Dated: June 4, 2018 | NIXON PEABODY LLP |
| 19 | | |
| 20 | | By: /s/ Jennifer Kuenster |
| 21 | |     JENNIFER KUENSTER<br>    ANTHONY BARRON |
| 22 | |     MATTHEW RICHARDS<br>    Attorneys for Defendant |
| 23 | |     UNIVAR USA INC. |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: June 4, 2018 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Philip S. Warden |
| | | PHILIP S. WARDEN |
| 5 | | VIJAY K. TOKE |
| | | Attorneys for Plaintiff |
| 6 | | 150 SPEAR STREET ASSOCIATES, L.P. |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 5, 2018

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, N. Kathleen Strickland, hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order Modifying Scheduling Order has been obtained from each of the other signatories.

Dated: June 5, 2018                    By: /s/ N. Kathleen Strickland
                                            N. Kathleen Strickland