# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 150 SPEAR STREET ASSOCIATES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> VWR INTERNATIONAL, LLC; UNIVAR USA INC., <br><br> Defendants. | Case No. 3:17-cv-03246-JST <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, with each party to bear its own costs and fees. The terms of the parties' confidential settlement agreement are incorporated by reference into this order, and the Court retains jurisdiction over the confidential settlement agreement for purposes of enforcement or interpretation, should this become necessary. *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1017 (9th Cir. 2007).

**IT IS SO ORDERED**.

DATED: October 22, 2018

_____
UNITED STATES DISTRICT JUDGE